507

(No. 73-CC-411—Claimant )

PUBLIC ELECTRIC CONSTRUCTION COMPANY, Claimant, *vs.*
STATE OF ILLINOIS, DEPARTMENT OF LABOR, Respondent.

*Opinion filed June 27, 1974.*

LANDESMAN & SCHWARTZ, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER,
Assistant Attorney General, for Respondent.

PERLIN, C. J.

(No. 74-CC-303—Claimant )

THE MANAGEMENT GROUP, INC., Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed June 27, 1974.*

THE MANAGEMENT GROUP, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-
MAN, Assistant Attorney General, for Respondent.

PER CURIAM.